UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:23-CR-00283-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WILL ODIS GRAY (01)** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for Report and Recommendation. After an independent review of the record, noting the Defendant's WAIVER OF OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 27], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 32] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the PLEA AGREEMENT [Doc. 30] filed into the record of these proceedings, the guilty plea of the Defendant, WILL ODIS GRAY is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the INDICTMENT [Doc. 1] consistent with the REPORT AND RECOMMENDATION [Doc. 32].

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court ACCEPTS Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition referenced in the Indictment.

THUS, DONE AND SIGNED in Chambers on this 24th day of April 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE